FILED
October 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002998328

2

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE (559) 435-2100
FAX (559) 435-5656

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES DAVID MARTIN and<br><br>KELLIANNE MARTIN<br><br>Debtors. | Case No.: 10-16184-B-7<br><br>DC No. SAS-002<br><br>**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))**<br><br>Date: November 24, 2010<br>Time: 10:00 a.m.<br>Dept: B<br>Judge: Honorable W. Richard Lee |

Sheryl Strain, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on May 31, 2010. I was appointed Chapter 7 Trustee on or about June 1, 2010.

3. I have reviewed the assets of this estate. The subject personal property is a Kubota RTV900 4x4 Diesel VIN#KRTV900A51047767 and a Kubota B7500 with loader SN#65214. I am informed and believe that the sale of the property at public auction is in the best interest of the estate and will result in the quickest liquidation of the property at the full fair market value.

4. As Trustee, I wish to sell the subject assets so that the proceeds can benefit the estate. I have elected to sell the subject assets by means of a public auction to be held on December 11, 2010, at 9:00 A.M., at 7979 Lacey Blvd., Hanford, California.

5. I have obtained an order employing an auctioneer, Central Valley Auction, Inc.

6. I believe that the sale is in the best interest of the estate.

7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtor at the time the case was filed.

8. I am informed and believe that the subject assets are not subject to any liens.

**WHEREFORE,** the Trustee prays:

1. For an order approving the public auction sale of the subject property described above, to be held on December 11, 2010, 9:00 A.M., at 7979 Lacey Blvd, Hanford, California; and,

2. For such other and further relief as the Court deems just and proper.

Dated: 10/12/10

                                                /s/
                                      Sheryl A. Strain
                                      Chapter 7 Trustee